IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ASHLEY WILLIAMS,**

    **Plaintiff,**

v.                                                                                       Case No. 4:21-cv-329-AW-MAF

**CALIBER HOME LOANS,**

    **Defendant.**

_____/

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 14 Report and Recommendation. ECF No. 17. No objections have been filed.

Defendant has moved to dismiss for insufficient service of process, ECF No. 6 at 3, and it timely raised this defense in its first motion, *see* Fed. R. Civ. P. 12(b)(5); 12(h)(1). The R&R correctly finds that Plaintiff has not complied with Rule 4's service requirements.

Plaintiff had opportunities to effect service or to show good cause why the court should extend the deadline to do so. *See* ECF No. 4. But rather than properly effect service, Plaintiff has maintained that service by mail is sufficient. I have considered the matter and determined that there are no other circumstances showing a further extension would be appropriate here. *See Bilal v. Geo Care, LLC*, 981 F.3d 903, 919 (11th Cir. 2020).

I do not reach the question of subject-matter jurisdiction or address the complaint's merits. It is now ORDERED:

1. The Report and Recommendation (ECF No. 17) is adopted to the extent consistent with this order.

2. Defendant's motion to dismiss (ECF No. 6) is GRANTED.

3. The clerk will enter judgment that says, "This case is dismissed without prejudice for lack of proper service."

4. The clerk will then close the file.

SO ORDERED on February 22, 2022.

                                                 s/ *Allen Winsor*
                                                 United States District Judge